JENNIE BANG, Respondent, v. LEIGH H. JOHNS, Appellant.— Motion for stay granted on consent. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JULIUS BLUMBERG, INC., Respondent, v. NATIONAL LAW FORMS, INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JAMES R. BROWN, Respondent, v. O'ROURKE FULLER MOTORS, INC., Appellant.— Motion for stay granted on consent. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

LOUIS BUSCHER, Respondent, v. JOHN B. GORMAN, as Supervisor of ROMAN CATHOLIC CEMETERIES, DIOCESE OF BROOKLYN, and Others, Appellants.— Motion for stay granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

CAHILL CONSTRUCTION Co., INC., Appellant, v. JOHN LAWLER and MILDRED LAWLER, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the June term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JENNIE FEINSTEIN, as Administratrix, etc., of IRVING FEINSTEIN, Deceased, Respondent, v. V. LA ROSA & SONS, INC., Appellant.— Motion for stay granted. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, etc., Respondent, v. FREDERICK MCHENRY KITCHING and Others, Defendants. ELIZABETH F. VILKOMERSON, Appellant; TRI-STATE INVESTORS CORPORATION and Others, Respondents.— Motion to dismiss appeal denied without prejudice to renewal at the time of the argument of the appeal. Present — Lazansky, P. J., Kapper, Hagarty and Carswell, JJ.; Davis, J., not voting.

WILLIS B. DAVIS, Respondent, v. HOME CLUB PLAN, INC., and Others, Appellants. JOSEPH P. FARRELL and Others, Defendants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ANNA S. FERRIS, Respondent, v. THE NATIONAL SURETY COMPANY, Appellant.— Motion to dismiss appeal denied and case ordered placed at the foot of the May calendar. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

CELIA FINK, Respondent, v. BERTRAM FINK, Appellant.— Motion granted to the extent of staying the payment of arrears, in amount $750, upon condition that appellant perfect the appeal for Friday, May fifteenth (for which day the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

SEBASTIAN GRASSI, Respondent, v. JOSEPH F. BOUGH, Appellant.— Motion for stay pending appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.